IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RONALD DAVID JONES,**

    **Plaintiff,**

vs.                                                                  Case No. 4:15cv117-RH/CAS

**U.S. POSTAL SERVICE,**

    **Defendant.**

_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, recently filed eighteen cases in this Court.[1] In this case, filed on February 26, 2015, Plaintiff filed a civil rights complaint, doc. 1, and a motion requesting leave to proceed in forma pauperis, doc. 2.

Plaintiff's in forma pauperis motion demonstrates he lives on "family owned" property, is currently unemployed, and is provided money to pay the utility bill. Doc. 2. Plaintiff did not fill out the financial affidavit completely because he did not provide any information about his most recent employer. Nevertheless, good cause has been shown and Plaintiff's in forma pauperis motion, doc. 2, is **Granted**. The Clerk of Court shall file the complaint without requiring payment of the filing fee.

---

[1] The case numbers are: 4:15cv61; 4:15cv76; 4:15cv80; 4:15cv81; 4:15cv82; 4:15cv83; 4:15cv84; 4:15cv85; 4:15cv86; 4:15cv87; 4:15cv88; 4:15cv89; 4:15cv90; 4:15cv104; 4:15cv105, 4:15cv116, 4:15cv117, and 4:15cv119. In addition to those cases, Plaintiff also initiated case number 4:14cv332 in July of 2014.

Plaintiff's complaint, doc. 1, has been reviewed and it is insufficient to state a claim upon which relief may be granted. The complaint is not on court forms as is required by the local rules of this Court. N.D. Fla. Loc. R. 5.1(H). Moreover, Plaintiff presents no factual allegations which demonstrate the violation of a constitutional right.

Plaintiff's complaint makes the conclusory allegation that when Plaintiff received mail from this Court, it appeared that "someone had opened and reclosed [his] mail." Doc. 1 at 1. Plaintiff contends that "someone in the post office" must have opened and reclosed all of his mail. *Id.* In addition, Plaintiff questions why he received some "letters" from the Court on February 21, 2015, and a separate letter on February 23, 2015. *Id.*

To the degree Plaintiff wonders whether some mail was sent on a different date, Plaintiff should review the postal stamp on the envelope. It is likely that Plaintiff has received mail from this Court on several different days as the Court cannot process all eighteen of Plaintiff's recently filed cases in one day. Plaintiff has presented only conclusory and likely delusional allegations in the instant complaint. More importantly, Plaintiff has not presented factual allegations which reveal any known person has cause Plaintiff harm or violated his rights.

Plaintiff's recent cases have diverted time and effort away from processing other cases. None of Plaintiff's cases have been deemed to have any merit. It is recommended that this case be dismissed as frivolous, and Plaintiff is hereby cautioned that if he continues to file cases which lack merit, are repetitious of prior litigation, and are clearly barred by the statute of limitations, he may be sanctioned by this Court. By virtue of the First Amendment of the United States Constitution, this Court is open to all

citizens who seek judicial relief for perceived violations of their constitutional rights.  Yet abuse of that right may result in a requirement that Plaintiff be required to pay the filing fee for further cases filed or that Plaintiff have an attorney sign an attestation that the case presented for filing is not frivolous.  Plaintiff shall carefully consider whether he is able to present a claim showing that he is entitled to relief and has been harmed by the actions or omissions of a person named as a Defendant in any case he may file in the future.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's motion for leave to proceed in forma pauperis, doc. 3, is **GRANTED**.

2.  The Clerk of Court shall file the complaint without requiring payment of the filing fee for this case.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** for failure to state a claim upon which relief may be granted and all motions which may be pending in this case be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on March 2, 2015.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.